921 A.2d 1180

**COMMONWEALTH of Pennsylvania, Petitioner,**

**v.**

**Gregory ANSPACH, Respondent.**

Supreme Court of Pennsylvania.

April 26, 2007.

## *ORDER*

PER CURIAM.

Pursuant to *Commonwealth v. Williams,* 578 Pa. 504, 854 A.2d 440, 445 (2004) (credibility of witnesses lies solely with trier of fact; appellate court will not reweigh evidence and substitute its judgment), the Petition for Allowance of Appeal is hereby **GRANTED,** the order of the Superior Court is

**REVERSED,** and the case **REMANDED** to the trial court for reinstatement of the sexually violent predator designation.

Jurisdiction relinquished.